UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALLAS BROOKS ACHANE,<br><br>  Plaintiff,<br><br>  v.<br><br>D. TWITCHELL, et al.,<br><br>  Defendants. | Case No. 23-cv-01301-JD<br><br>**ORDER RE STAY AND DISMISSAL**<br><br>Re: Dkt. No. 26 |

Plaintiff, a state prisoner, filed a pro se civil rights action under 42 U.S.C. § 1983. The case was referred for settlement and the parties have filed a joint stipulation for voluntary dismissal with prejudice. Dkt. No. 26. The stay is lifted and the action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41. The Clerk is requested to close the case and terminate Dkt. No. 26.

**IT IS SO ORDERED.**

Dated: March 26, 2024

JAMES DONATO
United States District Judge